AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Janye B. Evans<br><br>*Defendant(s)* | )<br>)<br>) Case No.  8:24-mj-2194 AEP<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 24, 2024,__ in the county of __Hillsborough__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Interstate Threatening Communication |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Robert W. Curtin, Special Agent, FBI
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 7/25/24

_____
*Judge's signature*

City and state: Tampa, FL

ANTHONY E. PORCELLI, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## <u>CRIMINAL COMPLAINT AND ARREST WARRANT</u>

I, Special Agent Robert W. Curtin, being first duly sworn, does hereby depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since June 2004. I am currently assigned to the Tampa Division of the FBI where I am assigned to the Violent Crime and Tampa Bay Safe Streets Task Force. Prior to my appointment as a Special Agent with the FBI, I was a police officer in Florida for approximately ten years. During my law-enforcement career, I have participated in multiple investigations as a primary investigator or in a subsidiary role. As a Special Agent, I have been assigned to investigate matters related to national security, narcotics, violent crimes, healthcare fraud, crimes against children, and various other matters within the authority of the FBI. I am familiar with the procedures, activities, and investigative techniques associated with violent crime and drug investigations, to include cases of carjacking, robbery, and kidnapping. In addition, I have received advanced level training in the analysis of cellular phone records and Internet Protocol (IP) address analysis.

2. The facts in this affidavit come from my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3. Based on my training and experience, and the facts as set forth in this affidavit, there is probable cause to believe Janye Evans (EVANS) has violated Title 18, United States Code, Section 875(c) (Interstate Transmission of Threat to Kidnap or Injure). Pursuant to that statute, it is a Federal crime to knowingly send in interstate or foreign commerce a true threat to kidnap or injure any person.

4. On July 24, 2024, a confidential and reliable source known to the FBI provided information to the FBI National Threat Operations Center (NTOC) regarding an Instagram account associated with the username "**countinjunkyz**." According to the source, **countinjunkyz** published a post containing a possible school shooting threat on July 20, 2024. The source also provided a screenshot of the post. The screenshot, depicted below, is a selfie style photo containing the caption, "Ill go back to school and kill everybody." There appears to be a school in the background of the photo.



5.      Investigators sent an exigent request for records to Meta Platforms, Inc., the parent company Instagram, for information relative to *countinjunkyz* account. According to records from Meta Platforms, Inc., the accountholder identified himself, or was identified by another user, as "Janye" on nine occasions. Additionally, all of the images in the account appeared to depict the same individual depicted above. Also located within the records was the image depicted below, dated July 2, 2024.

3



6. FBI sent this image as well as the threat photograph to the Hillsborough County Sheriff's Office (HCSO) to assist in identifying the subject, as well as the school pictured. HCSO identified the school as Brandon High School, located in Brandon, Florida. Additionally, a Brandon High School employee identified the subject as EVANS.

7. According to records from Meta Platforms, Inc., in June and July 2024, the *countinjunkyz* account has posted several photographs of EVANS possessing

and brandishing what appear to be firearms.



8.   Open-source database checks, such as LexisNexis, Accurint, and CLEAR identified the date of birth, social security number, and address in Plant City, Florida for EVANS. A search of Florida Department of Highway Safety and Motor Vehicles databases for EVANS revealed a photograph that matched the subject in the observed Instagram posts described above.

9.   Based on the information in this investigation and my experience, I believe EVANS has violated Title 18, *United States Code*, Section 875(c).

5

10.  I hereby declares that the foregoing is true and correct to the best of my knowledge and belief, pursuant to the investigation conducted in this case.

Executed on this ____ day of July, 2024.

Robert W. Curtin, Special Agent
Federal Bureau of Investigation

Sworn to me by telephone in accordance with the requirements of Fed. R. Crim P. 4.1 at 4:55 PM this 25th day of July 2024, at Tampa, Florida.

Hon. Anthony E. Porcelli
U.S. Magistrate Judge

6