UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                        CASE NO. 8:24 cr 390 JSM-AEP

JANYE B. EVANS                            18 U.S.C. § 875(c)

## INDICTMENT

The Grand Jury charges:

AUG 22 2024 PM1:39
FILED - USDC - FLMD - TPA

## COUNT ONE
## Interstate Transmission of Threat to Injure

On or about July 24, 2024, in the Middle District of Florida and elsewhere, the defendant,

## JANYE B. EVANS

did knowingly transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, with the intent to communicate a true threat and with knowledge that the communication would be viewed as a true threat to injure the person of another, that is, by making a threat via social media to injure and kill.

In violation of 18 U.S.C. § 875(c).

## FORFEITURE

1.    The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2.      Upon conviction of a violation of 18 U.S.C. § 875(c), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

3.      If any of the property described above, as a result of any act or omission of the defendant:

    a.      cannot be located upon the exercise of due diligence;

    b.      has been transferred or sold to, or deposited with, a third party;

    c.      has been placed beyond the jurisdiction of the court;

    d.      has been substantially diminished in value; or

    e.      has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the

provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

███████████████

Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Maria Guzman
Assistant United States Attorney

By: _____
Carlton C. Gammons
Assistant United States Attorney
Chief of Economic Crimes Section

## UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

JANYE B. EVANS

### INDICTMENT

Violations: 18 U.S.C. § 875c

A true bill,

_____
Foreperson

Filed in open court this 22nd day

of August, 2024.

*Lynne Vito*
_____
Clerk

Bail $_____

GPO 863 525